UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELISSE THOMPSON, | No. 2:24-cv-3389-SCR |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding through counsel in this civil action removed from the Sacramento County Superior Court on December 4, 2024. Plaintiff filed a first amended complaint on December 27, 2024 which is now the operative pleading before the court. Since the first amended complaint contains only state law causes of action, plaintiff filed a motion to remand this matter to the Sacramento County Superior Court. ECF No. 7. Defendants filed a statement of non-opposition to the motion to remand. ECF No. 8.

The undersigned finds that a remand to the state court is warranted in this case because plaintiff deleted her only federal cause of action from the first amended complaint. As a result, this court lost supplemental jurisdiction over the state law claims which should be returned to state court. Royal Canin U.S.A., Inc. v. Wullschleger, et al., 604 U.S. 22 (2025). It is therefore recommended that plaintiff's motion to remand be granted.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The Clerk of Court randomly assign this matter to a district judge.

3     2. Defendants' request for clarification regarding screening of the complaint (ECF No. 3) is denied as moot based on the recommendations contained herein.

5     IT IS FURTHER RECOMMENDED that:

6     1. Plaintiff's motion to remand (ECF No. 7) be granted.

7     2. This case be remanded to the Sacramento County Superior Court.

8     3. The Clerk of Court be directed to send a certified copy of this order to the Sacramento County Superior Court and to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty one days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 28, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2