UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELISSE THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:24cv-3389-WBS-SCR<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 28, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are adopted in full.

2. Plaintiff's motion to remand (ECF No. 7) is granted.

1

      3. This case is remanded to the Superior Court of the State of California, in and for the County of Sacramento.

      4. The Clerk of Court is directed to send a certified copy of this order to the Sacramento County Superior Court and to close the case.

Dated:  March 31, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Th/thom3389.801.CJRA